tion must be presented on the appeal from the final judgment. Matter of Montgomery, 126 App. Div. 72, 110 N. Y. Supp. 793; Id., 193 N. Y. 659, 87 N. E. 1123.

PEOPLE ex rel. ACKERMAN v. STOVER et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Proceedings by the People on the relation of Charlotte Y. Ackerman, against Charles B. Stover and others. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 138 App. Div. 327, 122 N. Y. Supp. 1030.

PEOPLE ex rel. BRADLEY v. FROST. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People, on the relation of Chauncey Bradley, against Jesse D. Frost. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. BROOKLYN CITIZEN, Respondent, v. PRENDERGAST, Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Proceedings by the People of the State of New York, on the relation of the Brooklyn Citizen, against William A. Prendergast, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BROOKLYN DAILY EAGLE, Respondent, v. PRENDERGAST, Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Proceedings by the People of the State of New York, on the relation of the Brooklyn Daily Eagle, against William A. Prendergast, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BROOKLYN UNION PUB. CO., Respondent, v. PRENDERGAST, Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Proceedings by the People of the State of New York, on the relation of the Brooklyn Union Publishing Company, against William A. Prendergast, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BROWN v. TIGHE, Magistrate. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Proceedings by the People of the State of New York, on the relation of Max Brown, against James G. Tighe, a magistrate of the city of New York. No opinion. Motion denied, without costs.

PEOPLE ex rel. COMMISSIONER OF CHARITIES, Respondent, v. FRANCL, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People, on the relation of the Commissioner of Charities, against Joseph Francl. O. H. Droege, for appellant. H. Stiefel, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE ex rel. DEVENDORF, Respondent, v. SIEBERT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Proceedings by the People, on the relation of Elfreda F. Devendorf, against Godlove C. Siebert and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

PEOPLE ex rel. DOUGAN, Relator, v. McANENY, Respondent. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Proceedings by the People, on the relation of John J. Dougan, against George McAneny, president, etc. J. T. Mahoney, for relator. T. Connoly, for respondent. No opinion. Writ dismissed and proceedings affirmed, with costs. Order filed.

PEOPLE ex rel. FENN, Appellant, v. GIBBARD, Com'r, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People, on the relation of Alice E. Fenn, against George H. Gibbard, as commissioner of highways of the town of Putnam.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., not sitting.

PEOPLE ex rel. FIFTH AVE. COACH CO., Respondent, v. KOENIG, Secretary of State, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People, on the relation of the Fifth Avenue Coach Company, against Samuel S. Koenig, as Secretary of State, etc. No opinion. Order unanimously affirmed, with costs.

PEOPLE ex rel. FIFTH AVE. & FORTY-FOURTH ST. CO., Respondent, v. O'DONNEL et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Proceedings by the People, on the relation of the Fifth Avenue & Forty-Fourth Street Company, against Frank A. O'Donnel and others, commissioners, etc. C. A. Peters, for appellants. L. M. Howell, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissenting.

PEOPLE ex rel. HEINICK v. BAKER, Police Com'r. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Proceedings by the People of the State of New York, on the relation of George A. Heinick, against William F. Baker, as police commissioner of the city of New York.

PER CURIAM. Determination reversed, and relator restored to his position, with $50 costs and disbursements.

RICH and CARR, JJ., dissent.